**EXHIBIT 1**

**PAYMENTS TO AUDI FINANCIAL SERVICES and/or CAROUSEL AUDI**
**by BDC GROUP, INC.**

| Date | Amount | Description |
|---|---|---|
| 08.10.21 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #7024 |
| 08.10.21 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #7025 |
| 10.01.21 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #7031 |
| 11.01.21 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #10646 |
| 12.01.21 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #12307 |
| 01.03.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #12318 |
| 02.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #12319 |
| 03.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #12320 |
| 04.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #17338 |
| 05.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #17340 |
| 06.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #17342 |
| 07.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #20833 |
| 08.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #22590 |
| 09.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #24395 |
| 10.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #25416 |
| 11.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #27148 |
| 12.01.22 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #28359 |
| 01.03.23 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #29615 |
| 02.01.23 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #31213 |
| 03.01.23 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #32529 |
| 04.01.23 | $1,525.16 | To Audi Financial Services recorded in BDC Group A/Ps at entry #33902 |
| 04.12.23 | $3,206.00 | To Carousel Audi recorded in BDC Group A/Ps at entry #34378 |