**EXHIBIT 2**

**PAYMENTS TO ALLIANZ LIFE INSURANCE COMPANY**
**by BDC GROUP, INC.**

| Date | Amount | Entry |
|---|---|---|
| 06.29.22 | $4,000 | Recorded in BDC Group A/Ps at entry #20759 |
| 08.10.22 | $4,000 | Recorded in BDC Group A/Ps at entry #23511 |
| 09.12.22 | $4,000 | Recorded in BDC Group A/Ps at entry #24896 |
| 10.12.22 | $4,000 | Recorded in BDC Group A/Ps at entry #26338 |
| 11.01.22 | $4,000 | Recorded in BDC Group A/Ps at entry #27699 |
| 12.12.22 | $4,000 | Recorded in BDC Group A/Ps at entry #28756 |
| 01.11.23 | $4,000 | Recorded in BDC Group A/Ps at entry #30195 |
| 02.13.23 | $4,000 | Recorded in BDC Group A/Ps at entry #31735 |
| 03.10.23 | $4,000 | Recorded in BDC Group A/Ps at entry #32812 |
| 04.12.23 | $4,000 | Recorded in BDC Group A/Ps at entry #34261 |
| 05.10.23 | $4,000 | Recorded in BDC Group A/Ps at entry #35364 |